**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | No. **12 C R 111** |
| | ) | |
| Plaintiff, | ) | **18 U.S.C. §§ 922(g)(1) and 924(a)(2)** |
| | ) | (Felon in Possession of Firearms) |
| v. | ) | |
| | ) | |
| **GREGORY MARTIN KERN,** | ) | |
| | ) | |
| Defendant. | ) | |

## I N D I C T M E N T

THE GRAND JURY CHARGES THAT:

On or about July 17, 2011, in the District of Wyoming, the Defendant, **GREGORY MARTIN KERN,** having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, that is, a Glock Pistol, Model 17, 9mm caliber, serial number MGR351; a Norinco Poly, model SKS, 7.62 x 39 mm caliber rifle, serial number 71709409; and a Winchester, model 1300 Stainless Marine 12 gauge shotgun, serial number L2372982, each of which had previously traveled in and affected interstate commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

A TRUE BILL:

_Kevin J. Frank_
FOREPERSON

_M Crofts_
CHRISTOPHER A. CROFTS
United States Attorney

# PENALTY SUMMARY

**DEFENDANT NAME:**     **GREGORY MARTIN KERN**

**DATE:**     May 15, 2012

**INTERPRETER NEEDED:**     _____ Yes     ✓ No

**VICTIM:**     _____ Yes     ✓ No

**SEAL CASE:**     _____ Yes     ✓ No

**OFFENSE:**     **18 U.S.C. §§ 922(g)(1) and 924(a)(2)**
(Felon in Possession of a Firearm)

**PENALTIES:**     0-10 YEARS IMPRISONMENT
$250,000 FINE
3 YEARS SUPERVISED RELEASE
$100 SPECIAL ASSESSMENT

**AGENT:**     JOHN POWLEY/ATF     **AUSA:**     TODD I. SHUGART

**ESTIMATED TIME OF TRIAL:** ✓ 1-5 days _____ more than 5 days

**THE GOVERNMENT WILL SEEK DETENTION IN THIS CASE:**

✓ Yes     _____ No

**The court should not grant bond because the
Defendant is not bondable because there are
detainers from other jurisdictions:**

_____ Yes     _____ No